UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-23108-CIV-EGT**

| | |
|---|---|
| SANTOS ALEJANDRO DELGAGO and all others similarly situated under 29 U.S.C. 216(b), | Consent Case<br>Magistrate Judge Edwin G. Torres |
| Plaintiff, | |
| v. | |
| ART EXPRESS 30 MINUTE CUSTOM FRAMING, INC. d/b/a ART EXPRESS and ANWAR ZAYDEN, | |
| Defendants. | |

**JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS
PLAINTIFF'S COMPLAINT WITH PREJUDICE**

Plaintiff, SANTOS DELGADO ("Delgado"), and Defendants, ART EXPRESS 30 MINUTE CUSTOM FRAMING, INC. d/b/a ART EXPRESS ("Art Express") and ANWAR ZAYDEN ("Zayden") (Art Express and Zayden, "Defendants"), by and through undersigned counsel, jointly move this Court for an Order approving the parties' Settlement Agreement. and dismissing this case with prejudice.  As grounds for this motion, the parties state:

1. Delgado filed an action against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 216(b) et. seq. ("FLSA") for unpaid overtime, unpaid minimum wages and retaliation.

2. After a mediation session and many subsequent weeks of negotiations, the parties to this litigation reached a resolution in this matter, and entered into a written Settlement Agreement ("Agreement").  Plaintiff has been represented by counsel throughout this process.

Case No. 14-23108-CIV-EGT

3. The parties and their counsel believe that the Agreement is a reasonable compromise of disputed claims.

4. In accordance with the Agreement, the parties request that the Agreement be reviewed by the Court *in camera*, and that the Court approve the Agreement under *Lynn's Food Stores v. U.S. Dep't of Labor*, 679 F.2d 1350, 353 (11th Cir. 1982).

**WHEREFORE**, the parties to this litigation respectfully request this Court approve the parties' Settlement Agreement and dismiss the case with prejudice.

Respectfully submitted this 4th day of February, 2016.

| J.H. ZIDELL, P.A. <br> *Attorneys for Plaintiff* <br> 300 71st Street, Suite 605 <br> Miami Beach, Florida 33141 <br> Telephone: (305) 865-6766 <br> Facsimile: (305) 865-7167 <br><br> By: /s/ J.H. Zidell <br>     J.H. Zidell <br>     Florida Bar No. 0010121 <br>     zabogado@aol.com | GREENBERG TRAURIG, P.A. <br> *Attorneys for Defendants* <br> 333 S.E. 2nd Avenue, Suite 4400 <br> Miami, Florida 33131 <br> Telephone: (305) 579-0519 <br> Facsimile: (305) 579-0717 <br><br> By: /s/ Ronald M. Rosengarten <br>     RONALD M. ROSENGARTEN <br>     Florida Bar No. 387540 <br>     rosengartenr@gtlaw.com |
|---|---|

2