## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-23108-CIV-EGT

| | |
|---|---|
| SANTOS ALEJANDRO DELGAGO and all others similarly situated under 29 U.S.C. 216(b), | Consent Case<br>Magistrate Judge Edwin G. Torres |
| Plaintiff, | |
| v. | |
| ART EXPRESS 30 MINUTE CUSTOM FRAMING, INC. d/b/a ART EXPRESS and ANWAR ZAYDEN, | |
| Defendants. | |

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS MATTER** came before the Court on the parties' Joint Motion to Approve Settlement and Dismiss Plaintiff's Complaint with Prejudice. The Court having reviewed the motion, having reviewed the parties' Settlement Agreement ("Agreement") *in camera*, and being otherwise duly advised in the premises, the Court finds that the Agreement is fair in accordance with *Lynn's Food Stores v. U.S. Dep't of Labor*, 679 F.2d 1350, 353 (11th Cir. 1982). Accordingly, it is **ORDERED and ADJUDGED** that the Parties' Agreement is approved, and this case is dismissed with prejudice.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ___ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Ronald M. Rosengarten, Esq.
        J.H. Zidell, Esq.

MIA 185110799v1